# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNIE ANNE DAY,** | : | No. 3:17cv2288 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB; CARRINGTON HOME MORTGAGE SERVICES, LLC; and CARRINGTON HOME SOLUTIONS, L.P.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 18th day of September 2018, it is hereby **ORDERED** as follows:

1) Defendant Carrington Home Solutions, L.P.'s motion to dismiss (Doc. 11) is **DENIED**; and

2) Defendant Carrington Home Mortgage Services, LLC and Wilmington Savings Fund Society FSB's ("WSFS") motion to dismiss (Doc. 10) is **GRANTED** with regard to the Fair Debt Collection Practices Act claim against Defendant WSFS and **DENIED** in all other respects.

BY THE COURT:


s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**