IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE ANNE DAY,<br>　　　　Plaintiff | No. 3:17cv2288 |
| v. | (Judge Munley) |
| WILMINGTON SAVINGS FUND SOCIETY FSB, CARRINGTON MORTGAGE SERVICES, LLC, and CARRINGTON HOME SOLUTIONS, L.P.,<br>　　　　Defendants | |

## ORDER

**AND NOW**, to wit, this **9th** day of **January 2020,** in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED** that the Defendant Carrington Home Solutions, L.P.'s motion *in limine*, which seeks to preclude plaintiff's claim for punitive damages (Doc. 47) is **DENIED**.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ James M. Munley
　　　　　　　　　　　　　　　　JUDGE JAMES M. MUNLEY
　　　　　　　　　　　　　　　　United States District Court